RON BENDER (SBN 143364)
MONICA Y. KIM (SBN 180139)
JACQUELINE L. RODRIGUEZ (SBN 198838)
LEVENE, NEALE, BENDER, RANKIN & BRILL L.L.P.
10250 Constellation Blvd., Suite 1700
Los Angeles, California 90067
Telephone: (310) 229-1234
Facsimile: (310) 229-1244
Attorneys for Debtors and Debtors in Possession

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**LOS ANGELES DIVISION**

| | |
|---|---|
| In re:<br><br>PLEASANT CARE CORPORATION, *et al.*<br><br>Debtors.<br><br>☒ Affects All Debtors<br><br>☐ Affects Pleasant Care Corporation only<br><br>☐ Affects SNF Properties Incorporated only<br><br>☐ Affects PCC Health Services, Inc. only<br><br>☐ Affects Atlas Care Enterprises, Inc. only<br><br>☐ Affects Ember Care Corporation only | Case No. LA 07-12312-EC<br><br>CHAPTER 11<br><br>Jointly Administered with Case Nos.:<br>Case No. LA 07-12316-EC<br>Case No. LA 07-12319-EC<br>Case No. LA 07-12322-EC<br>Case No. LA 07-12326-EC<br><br>**SUBMISSION OF CERTIFICATION OF TRANSLATION** |



*Making the World a Little Smaller*

# CERTIFICATION OF TRANSLATION
AFFIDAVIT FOR TRANSLATION OF SAID DOCUMENTS

American Language Services, a company specializing in the translation of documents, certifies the following:

- American Language Services has retained a professional translator for the attached English into Tagalog documents. The documents are referred to as:

  **"NOTICE OF DEADLINE BY WHICH NON-UNION EMPLOYEES MUST FILE A CLAIM FORM OR OTHER WRITTEN STATEMENT TO SEEK PAYMENT ON ANY CLAIMS THAT AROSE ON OR AFTER MARCH 22, 2007"**

  **"PROOF OF ADMINISTRATIVE CLAIM (NON-UNION EMPLOYEES)"**

- I affirm that such translation has been prepared by a duly qualified translator, who has confirmed that such translation is, to the best of their knowledge and belief, a true and accurate translation in Tagalog of the corresponding English documents.

- I declare under the penalty of perjury that the forgoing is true and correct. Notwithstanding the foregoing affirmations, no liability is assumed for errors and omissions in the translation of the attached documents.

- Executed on this 17th day of December, 2007, at Los Angeles, California.

_____
DINA SPEVACK, DIRECTOR
AMERICAN LANGUAGE SERVICES

1950 SAWTELLE BLVD. SUITE 325 LOS ANGELES, CALIFORNIA 90025
TEL (310) 829-0741 FAX (310) 829-3222
translation@alsglobal.net
www.alsglobal.net

## CALIFORNIA PROOF OF EXECUTION BY SUBSCRIBING WITNESS

State of California  } ss.
County of __Los Angeles__

On __December 17, 2007__, before me, the undersigned Notary Public, personally
           Date

appeared __LaJeune M. Meadoux__, ☒ personally known to me – OR –
          Name of Subscribing Witness

☐ proved to me on the oath/affirmation of _____,
                                           Name of Credible Witness Who Identifies Subscribing Witness

who is personally known to me, to be the person whose name is subscribed to the within instrument as a witness thereto, who, being by me duly sworn, deposed and said that he/she

was present and saw __Dina Spevack__,
                    Name of Absent Principal Signer

Document titles:
"NOTICE OF DEADLINE BY WHICH NON-UNION EMPLOYEES MUST FILE A CLAIM FORM OR OTHER WRITTEN STATEMENT TO SEEK PAYMENT ON ANY CLAIMS THAT AROSE ON OR AFTER MARCH 22, 2007"

"PROOF OF ADMINISTRATIVE CLAIM (NON-UNION EMPLOYEES)"

the same person described in and whose name is subscribed to the within and annexed instrument in his/her authorized capacity(ies) as a party thereto, execute the same, and that said affiant subscribed his/her name to the within instrument as a witness at the request of

__Dina Spevack__
Name of Principal Signer (Again)

[Notary Seal: STEPHEN DEMIRGIAN, COMM. # 1589541, NOTARY PUBLIC-CALIFORNIA, LOS ANGELES COUNTY, COMM. EXP. JULY 18, 2009]

Place Notary Seal Above

WITNESS my hand and official seal.

__Stephen Demirgian__
Signature of Notary Public

———————— OPTIONAL ————————

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: __See above__
Document Date: __See attached__         Number of Pages: __5 pages (Notice);__
Signer(s) Other Than Named Above: _____        __2 pages (Proof)__

**Capacity Claimed by Absent Principal Signer**
☐ Individual
☒ Corporate Officer — Title(s): __CEO__
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Absent Signer (Principal) Is Representing: _____

**RIGHT THUMBPRINT OF SUBSCRIBING WITNESS**
Top of thumb here

© 1997 National Notary Association • 9350 De Soto Ave., P.O. Box 2402 • Chatsworth, CA 91313-2402    Prod. No. 5908    Reorder: Call Toll-Free 1-800-876-6827